UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAYAM GARCIA-AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMINISTRACION DE CORRECCION, et al.,<br><br>    Defendants. | Civil No. 05-2351 (JAF)<br>Civil No. 06-1256 (JAF) |

**O R D E R**

Since Mr. Hey-Maestre is now directing the State Legal Aid and cannot represent this Plaintiff, we **ORDER** the withdrawal of Mr. Hey as counsel of record.

The court **APPOINTS Irma Valldejuli, Esq., to represent the Plaintiff**. Counsel will meet with attorney Margarida-Juliá, Puerto Rico Department of Justice, to discuss what needs to be accomplished in order to place this case in a posture for final disposition.

A joint status report shall be filed with the court **within twenty (20) days**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 3rd day of October, 2006.

                              S/José Antonio Fusté
                              JOSE ANTONIO FUSTE
                              Chief U.S. District Judge